UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| RATHBUN ENTERPRISES, LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>　　　Defendant. | Case No. 6:23-cv-01014-JAR-BGS |

## NOTICE OF SETTLEMENT

TO THE HONORABLE BROOKS SEVERSON:

COME NOW Plaintiff, Rathbun Enterprises, LLC and Defendant, Nationwide Geneal Insurance Company, by and through counsel of record, and file this Notice of Settlement and respectfully notify this Honorable Court that the parties have reached a resolution in the captioned case. The parties anticipate that within thirty (30) days, a settlement agreement will be signed by all parties and a Joint Stipulation of Dismissal with Prejudice will be filed.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**HUNZIKER & BARMORE, PLLC**

　　　　　　　　　　　　　　　　　　　By:　　*/s/ Benjamin Barmore*
　　　　　　　　　　　　　　　　　　　　　　Benjamin P. Barmore
　　　　　　　　　　　　　　　　　　　　　　USDC KS #79108
　　　　　　　　　　　　　　　　　　　　　　Scott G. Hunziker
　　　　　　　　　　　　　　　　　　　　　　USDC KS #20150
　　　　　　　　　　　　　　　　　　　　　　The Lyric Center
　　　　　　　　　　　　　　　　　　　　　　440 Louisiana St., Ste. 1825
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　　　(281) 817-6000 Office
　　　　　　　　　　　　　　　　　　　　　　(281) 816-9025 Facsimile
　　　　　　　　　　　　　　　　　　　　　　Scott@HunzBarLaw.com
　　　　　　　　　　　　　　　　　　　　　　Benjamin@HunzBarLaw.com

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

          AND

          **SHOOK, HARDY & BACON L.L.P.**

By:   /s/ *Douglas S. Beck*
      Douglas S. Beck
      USDC KS # 70743
      Michael T. Hayes
      USDC KS # 29293
      Bradley S. Thomas
      USDC KS # 27456
      2555 Grand Blvd.
      Kansas City, MO 64108
      Telephone: (816) 474-6550
      Facsimile: (816) 421-5547
      mhayes@shb.com
      dbeck@shb.com
      bsthomas@shb.com

      ATTORNEYS FOR DEFENDANT NATIONWIDE GENERAL INS. CO.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed on May 3, 2024, using the Court's CM/ECF filing system, thereby sending notice of the filing to all known counsel of record for this matter.

Douglas D. Beck
Bradley S. Thomas
Michael T. Hayes
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
dbeck@shb.com
bsthomas@shb.com
wrichardson@shb.com
mhayes@shb.com
dvanthournout@shb.com
ATTORNEYS FOR DEFENDANT
NATIONWIDE GENERAL
INSURANCE COMPANY

          /s/ *Benjamin Barmore*
          Benjamin P. Barmore