UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| RATHBUN ENTERPRISES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 6:23-cv-01014-JAR-BGS |

**JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE TOBY CROUSE:

　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Rathbun Enterprises, LLC, and Defendant Nationwide General Insurance Company, file this Joint Stipulation of Dismissal with Prejudice, and would respectfully show the Court as follows:

　　All matters between the Parties have been fully settled. Accordingly, the Parties now stipulate that all claims that have been and/or could have been asserted in this matter are dismissed with prejudice to the re-filing of same.

　　The Parties further stipulate and agree that each will bear their own attorney's fees, costs, and expenses in this matter.

Respectfully submitted,

**HUNZIKER & BARMORE, PLLC**

By:  /s/ *Benjamin Barmore*
     Benjamin P. Barmore
     USDC KS #79108
     Scott G. Hunziker
     USDC KS #20150
     The Lyric Center
     440 Louisiana St., Ste. 1825
     Houston, Texas 77002
     (281) 817-6000 Office
     (281) 816-9025 Facsimile
     Scott@HunzBarLaw.com
     Benjamin@HunzBarLaw.com

     ATTORNEYS FOR PLAINTIFF

     AND

**SHOOK, HARDY & BACON L.L.P.**

By:  /s/ *Douglas S. Beck*
     Douglas S. Beck
     USDC KS # 70743
     Michael T. Hayes
     USDC KS # 29293
     Bradley S. Thomas
     USDC KS # 27456
     2555 Grand Blvd.
     Kansas City, MO 64108
     Telephone: (816) 474-6550
     Facsimile: (816) 421-5547
     mhayes@shb.com
     dbeck@shb.com
     bsthomas@shb.com

     ATTORNEYS FOR DEFENDANT
     NATIONWIDE GENERAL INS.
     CO.

3

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed on May 17, 2024, using the Court's CM/ECF filing system, thereby sending notice of the filing to all known counsel of record for this matter.

Douglas D. Beck
Bradley S. Thomas
Michael T. Hayes
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
dbeck@shb.com
bsthomas@shb.com
wrichardson@shb.com
mhayes@shb.com
dvanthournout@shb.com
ATTORNEYS FOR DEFENDANT
NATIONWIDE GENERAL
INSURANCE COMPANY

                                                                      */s/ Benjamin Barmore*
                                                                      Benjamin P. Barmore